# United States District Court for the District of Connecticut

Case Number: __3:24-cv-851__

Mark Wozar

*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.

**NOTICE OF APPEAL**

Campbell, Swank, Madore, Darby, Santiago, Selby, USPS, and West Hartford

*List the full name(s) of the defendant(s)/respondent(s)*

FEB 5 2025 PM 2:43
FILED-USDC-CT-HARTFORD

Notice is hereby given that __Mark Wozar__ in the above-
*List the names of all parties who are filing an appeal*

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

☐ final judgment entered in this action on _____
   *Date Entered*

OR

☑ order #( __158__ ) entered in this action on __Jan 17, 2025__ described as:
   *Date Entered*

Judge stated I did not have a valid claim. I listed so much information that I was ordered to remove information. I asked for leave to amend complaint. He did not allow it after my first one. After my first one the law changed and new evidence was found. I placed it in motions but all were denied. The Judge saw so much that he commented that I should have listed defendants in another way. I am barred from buildings have my constitutional rights removed AND the judge wants to make precedent to undo decades of federal action. Judge also dismissed FOIA requests without reason.

*(Provide a brief description of the decision in the order/judgment)*

Jan 22, 2025

ecb3a10a-cfb0-4af5-9650-2b6f33a28d5f  Digitally signed by ecb3a10a-cfb0-4af5-9650-2b6f33a28d5f  Date: 2025.01.22 20:22:27 -05'00'

*Date*   *Signature*

Wozar, Mark, R

*Name (Last, First, MI)*

1250 Farmington Ave, A17, West Hartford, CT

*Address*   *City*   *State*

312-692-9335   mwozar@hotmail.com

*Telephone*   *E-mail Address (if available)*

*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.

***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22